■ In the Matter of ALBERTHA L. MATTHEWS, Respondent, against CHARLES ABRAMS, as State Rent Administrator, Appellant.— Respondent, landlord of a 10-apartment building, converted the furnace thereof from coal-burning to oil-burning and at the same time installed one new radiator and two risers in each apartment. Her application for rent increases, based on the installation of the additional radiators and risers, was denied by the local rent office on the ground that the tenants had not consented. That determination was not protested to the State Rent Administrator. Some 11 months later respondent made a second application for increases, which was denied by the local rent office on the ground that the prior determination was binding. On protest, the State Administrator affirmed the determination of the local rent office on the ground of *res judicata* and on the further ground that the installations involved did not constitute a heating service additional to that included in the maximum rents. The appeal is from an order of the Special Term annulling the determination of the State Rent Administrator and remitting the matter to him for consideration *de novo*. Order reversed on the law, without costs, and proceeding dismissed. The findings of the State Rent Administrator are supported by the evidence. Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ In the Matter of the Application of BENNY SITOWSKY, Respondent, for a Writ of Habeas Corpus to Determine the Custody of MERRILL SITOWSKY, an Infant. LILLIAN SITOWSKY, Appellant.— In a habeas corpus proceeding, the mother of an infant appeals from an order which, *inter alia*, sustained a writ of habeas corpus and granted visitation rights to respondent, the infant's father. Order affirmed, without costs. The record amply supports the finding, implicit in the order appealed from, that respondent did not abandon his child. (*Matter of Benning* [*Nigro*], 303 N. Y. 775.) Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ In the Matter of the Intermediate Accounting of CARL W. BADEN-HAUSEN, as Surviving Trustee, and CARL W. BADENHAUSEN et al., as Executors of AUGUST HORRMANN, Deceased Trustee under the Will of PAULA E. UHL, Deceased, Respondents. ELINOR E. U. ANDERSON, Appellant; IRVING RIVKIN, Special Guardian, et al., Respondents.— Appeal by the life beneficiary of a trust from so much of a decree of the Surrogate's Court, Richmond County, as settles the trustees' account, overrules appellant's objections thereto, discharges the trustees from liability and fixes compensation for services. Decree, insofar as appealed from, unanimously affirmed, with one bill of costs to respondents other than the special guardian, payable out of the trust fund. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.